UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ,<br><br>Respondent. | Case No. 2:25-cv-1106-TLN-JDP (P)<br><br><br><br>ORDER |

Petitioner requests an extension of time to file an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 10, is GRANTED; and

2. Petitioner shall file an amended petition for writ of habeas corpus on or before October 1, 2025.

IT IS SO ORDERED.

Dated:   September 16, 2025                          _____
                                                                                          JEREMY D. PETERSON
                                                                                          UNITED STATES MAGISTRATE JUDGE

1